```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DOCK McNEELY,
12          Petitioner,              Civ. S-00-1358 DFL PAN P
13      v.
14   LOU BLANAS,
15          Respondent.              NON-RELATED CASE ORDER
                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
16   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾/
     DOCK McNEELY,                   Civ. S-00-1508 WBS DAD
17
            Plaintiff,
18
         v.
19
     SACRAMENTO COUNTY, et al.
20
            Defendants.
21   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾/
22   DOCK McNEELY,                   Civ. S-00-2797 DFL PAN P
23          Plaintiff,
24      v.
25   SACRAMENTO COUNTY, et al.
26          Defendants.
     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾/
```

```
 1  DOCK McNEELY,                         Civ. S-01-2084 EJG GGH P
 2          Plaintiff,
 3      v.
 4  ROY K. SIMMONS, et al.
 5          Defendants.
                                       /
 6  DOCK McNEELY,                         Civ. S-03-2172 DFL PAN
 7          Plaintiff,
 8      v.
 9  EDWARD BONNER, et al.
10          Defendants.
                                       /
11
12  DOCK McNEELY,                         Civ. S-04-0062 DFL PAN
13          Plaintiff,
14      v.
15  LOU BLANAS, et al.
16          Defendants.
                                       /
17
    DOCK McNEELY,                         Civ. S-04-1215 DFL PAN
18
            Plaintiff,
19
        v.
20
    EDWARD BONNER, et al.
21
            Defendants.
22                                     /
23
24
25
26
```

2

```
 1  DOCK McNEELY,                          Civ. S-05-1401 MCE DAD
 2         Plaintiff,
 3      v.
 4  SACRAMENTO COUNTY, et al.
 5         Defendants.
                                    /
 6
    DOCK McNEELY,                          Civ. S-05-2549 WBS DAD
 7
           Plaintiff,
 8
        v.
 9
    PLACER COUNTY, et al.
10
           Defendants.
11                                  /
12
          A Notice of Related Cases was filed concerning the above
13
    captioned cases on December 16, 2005.  See Local Rule 83-123
14
    (E.D. Cal. 2005).  On review of the cases, the court finds that
15
    the cases ought not be related or reassigned.  This order is
16
    issued for informational purposes only, and shall have no effect
17
    on the status of the cases, including any previous Related (or
18
    Non-Related) Case Order of this court.  Therefore, they shall not
19
    be considered related.
20
          IT IS SO ORDERED.
21
22  DATED: 1/31/2006
23
24
                                    _____
25                                  DAVID F. LEVI
                                    United States District Judge
26
```

3