IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK McNEELY,

    Petitioner,                      No. CIV S-00-1358 JAM EFB P

    vs.

LOU BLANAS,

    Respondent.                  ORDER

                                  /

        Dock McNeely, whose habeas case concluded in 2003 following an order from the Ninth Circuit that the writ be granted and that petitioner be released from custody, now seeks an order holding respondent in contempt. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 2, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 2, 2011, are adopted in full;

2. Petitioner's motion for an order to show cause and a declaration of contempt, Dckt. No. 140, is denied; and

3. Petitioner's motion for recusal of the undersigned, Dckt. No. 142, is denied.

DATED:  May 2, 2011

                    /s/ John A. Mendez
                    UNITED STATES DISTRICT JUDGE

---

Rule 182(f), service of documents at the record address of the party is fully effective.